FILED
United States Court of Appeals
Tenth Circuit

May 25, 2021

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

———————————————————

HELEN ANNETTE RODGERS,

    Plaintiff - Appellant,

v.

COMMISSIONER, SSA,

    Defendant - Appellee.

No. 21-7000
(D.C. No. 6:18-CV-00398-RAW-KEW)
(E.D. Okla.)

———————————————————

**ORDER AND JUDGMENT***

———————————————————

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.

———————————————————

This matter is before us on the parties' *Joint Motion for Vacatur and Remand to the District Court*. Upon careful consideration, the joint motion is GRANTED. The district court's judgment is VACATED, and this matter is REMANDED for further proceedings consistent with the Supreme Court's intervening decision in *Carr v. Saul*, 141 S. Ct. 1352 (2021).

The mandate shall issue forthwith.

Entered for the Court

Per Curiam

———————————————

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.